# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| KINGSLEY C. IHEKWABA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No: 3:15-cv-00537-P |
| VS. | § | |
| | § | |
| CHASE MANHATTAN MORTGAGE, | § | |
| A DIVISION OF JP MORGAN CHASE | § | |
| BANK, N.A. D/B/A CHASE, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Plaintiff, Kingsley C Ihekwaba hereby gives notice of serving his Initial Disclosures required by Federal Rules of Civil Procedure 26(a)(1) on JPMorgan Chase Bank, N.A., d/b/a Chase.

Respectfully submitted,

__/s/ James J. Manchee_____
James J. Manchee
State Bar Number 00796988
William L. Manchee
State Bar Number 12891200
Manchee & Manchee PC
12221 Merit Drive, Suite 950
Dallas, Texas 75251
(972) 960-2240 (telephone)
(972) 233-0713 (fax)
jim@mancheelawfirm.com

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2015, I sent a true and correct copy of the above notice and Plaintiff's Rule 26(a)(1) Initial Disclosures by certified mail, return receipt requested to opposing counsel of record: Kenneth A. Hill, Quilling, Selander, Lownds. 2001 Bryan Street, Suite 1800, Dallas, TX 75201-4240.

                                                __/s/ James J. Manchee_
                                                James J. Manchee