# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| KINGSLEY C. IHEKWABA, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:15-cv-00537-P |
| JPMORGAN CHASE BANK, N.A. | § | |
|    Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Plaintiff, Kingsley C. Ihekwaba ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant") (Plaintiff and Defendant, collectively, the "Parties"), hereby file this Joint Notice of Settlement (the "Notice") as follows:

1. The Parties hereby notify the Court that they have reached a settlement of their dispute. The Parties are preparing a settlement agreement. The Parties respectfully request that these deadlines and settings, and any other matters in this case, be stayed given the settlement of this dispute.

2. The Parties also ask that the Court retain jurisdiction and keep the case open until the settlement can be completed. The Parties anticipate filing a Joint Motion for Dismissal of Claims with Prejudice within 45 days.

WHEREFORE PREMISES CONSIDERED, the Parties notify the Court that they have settled their dispute in this case. They respectfully request, however, that the Court retain jurisdiction over the case and keep it open, but stay all pending deadlines, settings and other matters, until such time as the Parties can prepare and file formal dismissal papers.

Dated: July 23, 2015.

Respectfully submitted,

*/s/ James J. Manchee*
JAMES J. MANCHEE
Texas Bar No. 00796988
MANCHEE & MANCHEE, LLP
12221 Merit Drive, Suite 950
Dallas, Texas  75251
(972) 960-2240 Telephone
(972) 233-0713 Facsimile
ATTORNEYS FOR THE PLAINTIFF

and

*/s/ Kenneth A. Hill   \*with permission*
Wm. Lance Lewis
State Bar No. 12314560
Kenneth A. Hill
State Bar No. 09646950
Kodie P. Bennion
State Bar No. 24064882
QUILLING, SELANDER, LOWNDS
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas  75201-4240
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

ATTORNEYS FOR THE DEFENDANT